**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

ALBERT E. HOLCOMBE, JR.                                      PLAINTIFF

V.                                                    NO.   1:21CV63-M-S

STATE FARM MUTUAL AUTOMOBILE                      DEFENDANTS
INSURANCE COMPANY, ET AL.

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge

Michael P. Mills on March 31, 2021.   Judge Mills, on his own motion, hereby **RECUSES**

himself from this cause.

It is **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause

to another United States District Judge in the Northern District of Mississippi.

This the 8th day of February 2022.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**